IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STASIA SCARVER**
**ADC # 714033**                                                                                          PLAINTIFF

V.                                           3:23CV00176 JM

**JOHNNIE SWIFT, et al.**                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendation from United States Magistrate Judge Patricia S. Harris and the relevant record de novo. Plaintiff has filed objections. In these objections, Plaintiff makes new allegations regarding the knowledge and personal participation of Defendant Levi McDougal. The Court will construe the Plaintiff's objections as a supplement to her Complaint.

The Court adopts the Proposed Findings and Recommendation in part. The Court specifically adopts the findings and recommendations regarding Plaintiff's failure to protect claim against Defendant Malott, retaliation claims against ADC McPherson Unit Officials including Defendants Stinnett, Baker, Swift and Faust, and to the extent Plaintiff makes claims, false disciplinary and grievance process response claims against Defendants Baker and Faust.

In light of the Plaintiff's objections and the new factual allegations, the Court declines to adopt the portion of the Recommendation regarding Plaintiff's claim of failure to protect against Defendant McDougal.

Service is now appropriate for this Defendant. The Clerk of the Court is directed to prepare a summons for Defendant McDougal and the United States Marshal is directed to serve copies of the Complaint with any attachments and supplement (ECF Nos. 2, 10, and 15), and a summons for Defendant through the Compliance Division of the Arkansas Department of

Corrections without prepayment of fees and costs or security therefor.

In conclusion, the Court adopts in part the Proposed Findings and Recommendation of Magistrate Judge Patricia S. Harris (ECF No. 12). The following claims are dismissed without prejudice:

1. Claims of failure to protect against Defendant Malott;

2. Claims of retaliation against ADC McPherson Unit Officials including Defendants Stinnett, Baker, Swift and Faust;

3. Claims of false disciplinaries against Defendant Baker; and

4. Claims regarding grievance process responses against Defendant Faust.

IT IS SO ORDERED this 4th day of December, 2023.

_____
James M. Moody Jr.
United States District Judge