# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**STASIA SCARVER**                                                                   **PLAINTIFF**
**ADC #714033**

v.                 No: 3:23-cv-00176-JM-PSH

**LEVI McDOUGAL**                                                     **DEFENDANT**

## ORDER

On January 24, 2024, a summons was returned unexecuted as to defendant Levi McDougal (Doc. No. 17). His last known address was provided under seal. Accordingly, service will be attempted at that address. The Clerk of the Court is directed to prepare a summons for defendant McDougal, and the United States Marshal is directed to serve a copy of the complaint as supplemented (Doc. Nos. 2, 10 & 15), this order, and summons, upon him at the address under seal, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 25th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE