# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**STASIA SCARVER**  **PLAINTIFF**
**ADC #714033**

v.  No: 3:23-cv-00176-JM-PSH

**LEVI McDOUGAL**  **DEFENDANT**

## ORDER

On February 27, 2024, a summons was returned executed for Defendant Levi McDougal, indicating that he had been served on February 16, 2024, at an address filed under seal. *See* Doc. No. 19. McDougal was served by certified mail return receipt at his last known address filed under seal; the green card (which was filed under seal) appears to be signed by McDonald. On April 22, 2024, the Court ordered McDougal to show cause why default should not be entered against him pursuant to Fed. R. Civ. P. 55(a) (Doc. No. 20). McDougal was personally served with the Court's Order to Show Cause (Doc. No. 21), but has not filed a response or otherwise appeared in this case. Accordingly, the Court hereby refers this matter to the Clerk of the Court for consideration of entry of a Clerk's default with respect to defendant Levi McDougal.

IT IS SO ORDERED this 19th day of August, 2024.

_____
UNITED STATES MAGISTRATE JUDGE