# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**STASIA SCARVER**  **PLAINTIFF**
**ADC #714033**

v.　　　　　　　　　No: 3:23-cv-00176-JM

**LEVI McDOUGAL**  **DEFENDANT**

## JUDGMENT

Pursuant to the order dismissing this action (Doc. No. 35), judgment is entered dismissing this case without prejudice.

DATED this 11th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE